## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Gallagher, Charles M.**<br>**Gallagher, Rachael L.**<br>**Debtors/Plaintiffs**<br><br>v.<br><br>**Wells Fargo Bank, N.A.**<br>**Defendant** | : Chapter 13<br>:<br>:    15-14525 amc<br>:<br>:    Adversary No. 16-66<br>:<br>: |

### ORDER

**AND NOW**, upon consideration of the Plaintiffs Motion for a default Judgment and after notice and hearing,

it is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**;

2. The value of the interest of Defendant in the estate's interest in 850 Skelp Level Road, West Chester, PA 19380 is $0.00 and the Defendant's allowed secured claim is $0.00.

3. To the extend that the Defendant's proof of claim has been **DISALLOWED** as a secured claim, is it **ALLOWED** as a general unsecured claim. See 11 U.S.C. Section 506 (a).

4. Pursuant to 11 U.S.C. Section 506 (d), but subject to 11 U.S.C. Sections 348(f)(1) and 349(b)(1)(C), any lien held by the Defendant that secured this claim is **VOID**.

5. In the event that this case is DISMISSED, or CONVERTED to chapter 7, Paragraph 4 is **VACATED** without further order of court.

Dated: 5/24/16

_____
Bankruptcy Judge

JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072

William C. Miller, Trustee

P.O. Box 40119
Philadelphia, PA 19106

Wells Fargo Bank, N.A
420 Montgomery Street
San Francisco, CA 94104
ATTN: John Stumpf, CEO

Kimberly A Bonner, Esquire
Counsel for Wells Fargo Bank, N.A.
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

Wells Fargo Bank, N.A.
Home Equity Group
1 Home Campus X2303-01A
Des Moines, IA 50328-0001
ATTN: Sara Morgan, VP per proof of claim filed

Gallagher, Charles M.
Gallagher, Rachael L.
850 Skelp Level Road
West Chester, PA 19380